IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN DEGENHARDT, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>AMERASSIST A/R SOLUTIONS, INC., and DENTAL OFFICE OF PROSPER, PC,<br><br>Defendant(s). | Civil Action: 4:20-cv-579 |

## ORDER

The Plaintiff(s) Brian Degenhardt, individually and on behalf of all others similarly situated, and Defendants AmerAssist A/R Solutions, Inc., and Dental Office of Prosper, PC, have settled all claims against each other. In accordance with parties' Joint Stipulation of Dismissal with Prejudice against Defendants AmerAssist A/R Solutions, Inc., and Dental Office of Prosper, PC, the Plaintiff's causes of action against both Defendants are hereby DISMISSED with prejudice, with the parties to bear their own costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 16th day of March, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE